1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| MONUMENTAL LIFE INSURANCE COMPANY, | ) ) ) | Case No. C 09-00781 PVT |
| Plaintiff, | ) ) | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | ) ) | |
| THERESA WILLIAMS, ET AL., | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

On August 18, 2009, plaintiff Monumental Life Insurance Company and defendant Theresa Williams appeared before U.S. Magistrate Judge Patricia V. Trumbull for a Case Management Conference.  Based on the Case Management Statement of plaintiff Monumental Life Insurance Company, and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the Case Management Conference be continued to August 25, 2009 at 2:00 p.m.

Defendant Essie Stallworth shall appear at the Case Management Conference or make

1    arrangements to appear by telephone by contacting Courtroom Deputy Corinne Lew at (408)

2    535-5378.

3              IT IS SO ORDERED.

4    Dated:   August 19, 2009

5                                                    _Patricia V. Trumbull_

6                                                    PATRICIA V. TRUMBULL
                                                     United States Magistrate Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   Copies of this order were mailed on August 19, 2009:

2   Essie Stallworth
    709 Savannah Avenue
3   Richmond, VA 23222-2245

4

    Theresa Williams
5   5705 Via Monte Drive
    San Jose, CA 95118
6

7                                          _____EHP_____
                                              Chambers of U.S. Magistrate Judge
8                                                    Patricia V. Trumbull

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28