UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MONUMENTAL LIFE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>     v.<br><br>THERESA WILLIAMS, ET AL.,<br><br>            Defendants. | Case No. C 09-00781 PVT<br><br>**ORDER GRANTING DEFENDANT STALLWORTH'S REQUEST TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE** |

Defendant Essie Stallworth proceeding *pro se* requests to appear at telephonically at the case management conference scheduled to be held on December 1, 2009 at 2PM. Presently, defendant Stallworth resides in two locations on the east coast: (1) Richmond, Virginia; and (2) Selma, Alabama. Having considered the request,

IT IS HEREBY ORDERED that defendant Stallworth may appear telephonically at the case management conference. Defendant Stallworth shall contact the courtroom deputy, Corinne Lew, at (408) 535-5378 to arrange for her telephonic appearance.

IT IS SO ORDERED.

Dated:   September 28, 2009

*Patricia V. Trumbull*
_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*

Copies of the order were mailed on September 23, 2009 to:

Essie Stallworth
709 Savannah Avenue
Richmond, VA 23222

Essie Stallworth
PO Box 1054
Selma, Alabama 36703

Theresa Williams
259 North Capital Avenue #261
San Jose, California 95127

ORDER, *page 2*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28