RICHARD P. TRICKER (Bar No. 101460)
　rpt@amclaw.com
THOMAS J. KEARNEY (Bar No. 150202)
　tjk@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
Thirty-First Floor
444 South Flower Street
Los Angeles, California 90071-2901
TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

**Attorneys for Plaintiff**
**MONUMENTAL LIFE INSURANCE COMPANY**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| MONUMENTAL LIFE INSURANCE COMPANY,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>THERESA WILLIAMS;<br>ESSIE STALLWORTH,<br><br>　　　Defendant. | Case No. C09 00781-PVT<br><br>(Hon. Patricia V. Trumbull, Courtroom 5)<br><br>**STIPULATED JUDGMENT AND ORDER FOR DISMISSAL** |

　　Upon reading the Stipulation Re Judgment In Interpleader and for Order for Dismissal made and entered into by plaintiff Monumental Life Insurance Company ("Monumental") and defendants Theresa Williams ("Williams") and Essie Stallworth ("Stallworth"), and it appearing to the satisfaction of the Court that conflicting claims have been made to the lump sum death benefits due and owing under Monumentals' policy nos. MM3434249 and MM4216517 more fully described in Monumental's Complaint in Interpeader (the "Interpleader Action") as a result of the death of Louise Williams Dixon ("Dixon"); that Monumental has deposited with the Clerk of the Court the sum of Six Thousand Nine Hundred Sixteen Dollars and 45/100 ($6,916.45); that this sum is the total amount due and

759610.1 5850.001

owing to anyone from Monumental on account of Dixon's death; that the Interpleader Action is properly filed and that this is a proper cause for interpleader, that the parties have settled their adverse claims to the interpleader funds on deposit with the Court, and good cause appearing:

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED:

1.  That the Interpleader Action filed herein by Monumental is properly filed and that this is a proper cause for interpleader and that Monumental is hereby granted judgment in interpleader;

2.  That the parties have stipulated to entry of this final Judgment and Order for Dismissal;

3.  That the parties hereto and their respective representatives, attorneys, agents and employees are hereby released, discharged and acquitted of and from any and all liability of any kind or nature whatsoever to each other arising from any claim set forth, or which could have been set forth, in this action, the subject policies of insurance and/or the lump sum death benefits due and owing thereunder by reason of Dixon's the death as more fully described in the Interpleader Action;

4.  That Monumental has waived its rights to recover attorneys fees and/or costs of suit arising out of the Interpleader Action;

5.  That Stallwroth is awarded the total sum of Two Thousand Dollars ($2,000.00) to be paid out of the interpleader funds on deposit with the Court by check or warrant made payable to "Essie Stallworth" and mailed to 117 Lamar Estate Road, Selma, AL 36703-5558.

759610.1 5850.001

6.  That the balance of the interpleader funds on deposit with the Court are awarded to Williams to be paid by check or warrant made payable to "Theresa Williams" and mailed to 259 N. Capitol Avenue, San Jose, CA 95127-2392;

7.  That upon payment of the interpleader funds as set forth above, this entire action is hereby dismissed, with prejudice, with all parties to bear their respective attorneys fees and costs of suit.

Dated: November 13, 2009

*Patricia V. Trumbull*
Patricia V. Trumbull
Magistrate Judge of the United States District Court

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594

759610.1 5850.001

3